UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JAN 22 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN KING, )<br>)<br>Defendant. ) | CAUSE NO. 1:21-cr-17-JMS-MJD |

## INDICTMENT

### COUNT 1

[18 U.S.C. § 922(a)(1)(a) – Dealing in Firearms without a Federal Firearms License]

The Grand Jury charges that:

Beginning on or about April 12, 2020, and continuing through September 3, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing firearms,

All in violation of Title 18, United States Code, Section 922(a)(1)(a).

1

## COUNT 2

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of a Firearm]

The Grand Jury further charges that:

On or about June 5, 2020, in Johnson County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

in connection with the acquisition of firearms, to wit: a Taurus Model 856 revolver, a Taurus Model 856 Ultralite revolver, and two Springfield Armory Model XDM semiautomatic handguns, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Rural King, which statement was intended and likely to deceive Rural King as to a fact material to the lawfulness of such acquisition of said firearms by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee or buyer of said firearms, when in fact the defendant then knew that he was purchasing said firearms on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 3

[18 U.S.C. § 924(a)(1)(A) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury further charges that:

On or about June 5, 2020, in Johnson County, Indiana, within the Southern District of Indiana, the defendant,

### STEPHEN KING,

knowingly made a false statement and representation to Rural King, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of Rural King, in that the defendant did falsely declare on an ATF Form 4473 that he was the actual transferee or buyer of firearms, when in fact the defendant knew that he was acquiring said firearms on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of a Firearm]

The Grand Jury further charges that:

On or about August 14, 2020, in Hendricks County, Indiana, within the Southern District of Indiana, the defendant,

## STEPHEN KING,

in connection with the acquisition of a firearm, to wit, a Glock Model 19 semiautomatic handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Plainfield Shooting Supply, which statement was intended and likely to deceive Plainfield Shooting Supply, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee or buyer of said firearm, when in fact the defendant then knew that he was purchasing said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 5

[18 U.S.C. § 924(a)(1)(A) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury further charges that:

On or about August 14, 2020, in Hendricks County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

knowingly made a false statement and representation to Plainfield Shooting Supply, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of Plainfield Shooting supply in that the defendant did falsely declare on an ATF Form 4473 that he was the actual transferee or buyer of a firearm, when in fact the defendant knew that he was acquiring said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of a Firearm]

The Grand Jury further charges that:

On or about August 27, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

in connection with the acquisition of a firearm, to wit, a Glock Model 17 semiautomatic handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Bradis Guns, which statement was intended and likely to deceive Bradis Guns, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee or buyer of said firearm, when in fact the defendant then knew that he was purchasing said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 7

[18 U.S.C. § 924(a)(1)(A) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury further charges that:

On or about August 27, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

## STEPHEN KING,

knowingly made a false statement and representation to Bradis Guns, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of Bradis Guns in that the defendant did falsely declare on an ATF Form 4473 that he was the actual transferee or buyer of a firearm, when in fact the defendant knew that he was acquiring said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 8

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of a Firearm]

The Grand Jury further charges that:

On or about August 27, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

in connection with the acquisition of a firearm, to wit, a Glock Model 22 semiautomatic handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Beech Grove Firearms, which statement was intended and likely to deceive Beech Grove Firearms, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee or buyer of said firearm, when in fact the defendant then knew that he was purchasing said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 9

[18 U.S.C. § 924(a)(1)(A) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury further charges that:

On or about August 27, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

knowingly made a false statement and representation to Beech Grove Firearms, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of Beech Grove Firearms, in that the defendant did falsely declare on an ATF Form 4473 that he was the actual transferee or buyer of a firearm, when in fact the defendant knew that he was acquiring the firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## **COUNT 10**

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of a Firearm]

The Grand Jury further charges that:

On or about August 28, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

### STEPHEN KING,

in connection with the acquisition of a firearm, to wit, a Glock 26 Gen4 9mm semiautomatic handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Beech Grove Firearms, which statement was intended and likely to deceive Beech Grove Firearms as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee or buyer of said firearm, when in fact the defendant then knew that he was purchasing said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 11

[18 U.S.C. § 924(a)(1)(A) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

On or about August 28, 2020, in Marion County, Indiana, within the Southern District of Indiana, the defendant,

STEPHEN KING,

knowingly made a false statement and representation to Beech Grove Firearms, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of Beech Grove Firearms, in that the defendant did falsely declare on an ATF Form 4473 that he was the actual transferee or buyer of a firearm when in fact the defendant knew that he was acquiring said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed. The allegations in this indictment are re-alleged as if fully set forth herein.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

   a. Three (3) Glock 43x semiautomatic pistols;

   b. One Walther pistol

   c. Any ammunition involved in the offense.

A TRUE BILL

███████████████

/FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Kelsey L. Massa
Assistant United States Attorney